**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONG YEN LEONARD, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 13-CV-02394-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court continues the Case Management Conference scheduled for October 9, 2013 at 2 p.m. to December 18, 2013, at 2 p.m. The parties shall file an updated Joint Case Management Statement by December 11, 2013.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 13-CV-02394-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE