UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | ) | Case No.: 13-CV-02394-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| HONG YEN LEONARD, | ) ) | |
| Defendant. | ) ) | |

The Court CONTINUES the Case Management Conference scheduled for December 18, 2013, at 2 p.m. to March 19, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated:  December 13, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-02394-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE