UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. ) | Case No.: 13-CV-02394-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| HONG YEN LEONARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court CONTINUES the Case Management Conference scheduled for December 18, 2013, at 2 p.m. to March 19, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: December 13, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-02394-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE